UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA BOND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATSI/JACKSONVILLE JOB CORPS )<br>CENTER, et al. )<br>)<br>Defendants. )<br>) | Civil Case No. 10-1961 (RJL) |

## ORDER

In accordance with the Memorandum Opinion issued this date, it is hereby

**ORDERED** that Defendant Clark V. Hayes's Special Appearance Motion to Dismiss, ECF No. 8, is **GRANTED**; and it is

**FURTHER ORDERED** that all claims against Mr. Hayes are **DISMISSED**.

**SO ORDERED** this 20 day of September 2011.

RICHARD J. LEON
United States District Judge